UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GARY F. DILLARD, | ) |
| Plaintiff, | ) Case No. 3:14-cv-0903 |
| | ) Judge Trauger |
| v. | ) |
| TYCO INTEGRATED SECURITY, LLC, | ) |
| Defendant. | ) |

## ORDER

For the reasons discussed in the accompanying Memorandum, the defendant's Motion for Summary Judgment (Docket No. 16) is **GRANTED**. It is further **ORDERED** that the plaintiff's claims are **DISMISSED WITH PREJUDICE**. This Order shall constitute final judgment in this case.

It is so **ORDERED**.

Enter this 21st day of April 2015.

_____
ALETA A. TRAUGER
United States District Judge