UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Gary F. Dillard                          )
                                         )
                                         )
              Plaintiff                  )
                                         )
v.                                       )        NO. 3:14-0903
                                         )        JUDGE TRAUGER
                                         )
                                         )
Tyco Integrated Security, LLC            )
                                         )
                                         )
                                         )
                                         )
              Defendant                  )

ENTRY OF JUDGMENT

        Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the
Federal Rules of Civil Procedure on 4/21/15.

                                    KEITH THROCKMORTON, CLERK
                                    s/Althea F. Straughter, Deputy Clerk